[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Dannel Maurice Mitchell

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.   Case No: 18-cv-158-SMY-DGW
      (To be supplied by the Clerk of this Court)

Jacqueline Jackson-Pearson
Gateway Foundation

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

√ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: Dannel Maurice Mitchell
   B. List all aliases: N/A
   C. Prisoner identification number: R07374
   D. Place of present confinement: Western C.C.
   E. Address: 2500 Rt. 99 South, Mt. Sterling, Ill 6235

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Ms. Jacquline Jackson-Pearson
      Title: Supervisor
      Place of Employment: Gateway, 1706 N. Kedzie, Chicago, Il

   B. Defendant: Gateway Foundation
      Title: Foundation
      Place of Employment: 1706 N. Kedzie, Chicago, Ill

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Please see next Sheet

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

 A. Name of case and docket number: _____

 B. Approximate date of filing lawsuit: _____

 C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

 D. List all defendants: _____

 E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

 F. Name of judge to whom case was assigned: _____

 G. Basic claim made:_____

 H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

 I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

* Litigation History — I have 3+ strikes
1. Warden Fiester et al -17-CV-08985. Date of suit: 12-1-7. Defendant: Schwoy, McQueen, Fiester, Manest. Plaintiff: Mitchell. Fed. N. Ct. Judge Dow. Civil. Active.
2. Foster -16-CV-0097 MJR, 2.1.16. Defendants: Foster, Fatheree, Pierce, Harter, Graupe, Rawcliffe. Plaintiff: Mitchell. South. Judge Reagan, Civil, 2.1.17
3. Foster -16-CV-0238-SMY, 2.1.16. Defendants: Baldwin, Peck, Foster, Watson, Fatheree, Pierce, Harter, Graupe, Rawcliffe, Puritt, Garett, Banal, Morgan, Smith, Conrad, Bogo, Smith, Workman, Rosenberg, Kuthkaukas, Johnson, Klein, Weaber, Arenas, Vanyant, Simmons, Pearson, Townsend, Behrends, Michels, Tompkins, 7-unknown CO's, Afuwape. Plaintiff: Mitchell, South, Judge Yand, Civil, 2.1.17
4. Baldwin -16-CV-0278, 3.1.16, Defendant: Baldwin. Plaintiff: Mitchell, South, Judge Rosenstengel, Civil, 8.1.16
5. Afuwape -16-CV-0484, 2.14.16, Defendant: Wexford, Caldwell, Afuwape, Klein, Johnson, Fulk, Michel, Tompkins, Gophert, Behrends, Townsend, Garrett, David, VIC, Young, Manest, Foster, Fatheree, Graupe, Pierce, Harter, Rawcliffe. Plaintiff: Mitchell, South, Judge Yandle, Civil, 1.1.17

(over)

\* <u>I am in imminent danger of serious irreparable physical injury of harm to self, pursuant to</u> 28 USC §1915(g). The Complaint I.

Because, of defendant's negligence I grossly continue to suffer from P.T.S.D., Major Depression, and anxiety because of the horrid injuries of wanton neglect caused to my person by defendant's. Inwhich I am currently taking Remron for major depression, buspar for anxiety, and Prozasin for nightmares. Defenda named in this complaint knowingly participated in Voluntered negligence, and deliberate indifference /w purposeful intent to harm, and place in danger. Defendant's liable actions has placed me in danger of being suceptible to commit suicide. Therefore, placein me in imminent, irreparable danger of permanent injuri The thoughts of committing suicide plaintiff suffer fro caused by defendant's is imminent because of the lac of attention (ignoreing) the relief I seek. The defendan interference /w unconstitutional policies, practices/w acts of injustice caused violations to my inalienab constitutional rights in my vulnerable state has lef me hopeless, and helpless. I now have no faith in God leaveing me an atheist. I do not see the purpose of my living in a civilized society. ~~~~ In, conclusion I am in imminent dan of serious physical injuries, and or irreparable harm to self because of defendant's hateful cri of negligence. The defendant's purposeful acts of punishment of discrimenation has left me in dang

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 21st, 2016 I was admitted to Gateway Kedzie house on Rehabilitation house. I informed Ms. Jackson-Pearson that I was openly gay, and that I had AIDS. Immediately I was discriminated against because Ms. Jackson-Pearson the defendant stated that, "you faggots always cause problems /w your infected asses". I knew then I was in for it. For the following 3 weeks my stay @ Gateway Kedzie house was horrific. On, an Daily basis I was afraid for my life because of the smear campaign of my person caused by the defendant; Defendant Jackson-Pearson told everyone (Staff, and Clients) about my being infected /w AIDS.

4                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. Pace -16-CV-0485, 2.1.16. Defendants: Pace, Foster, Wells. Plaintiff: Mitchell, South. Judge Yandle, Civil, 2.1.17.

7. Jupert -16-CV-0486, 2-1-16. Defendants: Jupert, Plaintiff: Mitchell, South, Judge Yandle, Civil. 2.1.17.

8. Heberer -16-CV-0487, 2.1.16 Defendants: Heberer, Foster, Harter, Pierce. Plaintiff: Mitchell, South, Judge Reagan, Civil, 2.1.17.

9. Rennison -16-CV-1189, 10.28.16. Defendant: Dennissen, Plaintiff: Mitchell, South, Judge Reagan, Civil. 2.1.17.

10) AFC -16-CV-10603, 10.1.16. Defendants: Pellar, Gaffeney, Tucker, Plaintiff: Mitchell. Judge Chang, Civil, 1-1-17.

11) Haymarket -16-C-11613, 10.1.16. Defendants: Justiz, Miller, Johnson. Plaintiff: Mitchell, Nathan. Judge Nagle, Civil, 12.1.17.

12) AFC -17-C-2907, 5.1.17. Defendants: Pellar, Plaintiff: Mitchell, Nathan, Judge Eve, Civil, 7.1.17.

13) Gateway: 1-17-CV-02741, 5.1.17. Defendants: Jackson, Plaintiff: Mitchell, Nathan, 8-1-17.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Daily I was discriminated against because of my having AIDS, and being openly gay. My life was threatened daily by staff, and clients in unison on seperate days and times that if I did not leave I will be killed! I was so afraid of my life because of the Mass Wanton discrimination, and assasination of my character that I filed an grievance/w Gateway headquarters to no avail. Client's only spoke to me when they threaten me, and Staff was told to harass me daily until I left. Around the first week of December I was kicked out of Gateway Kedzie house because of defendant's discrimination campaign. I suffer from AIDS Dementia so dates and times are hard for me. As for Staff I only remember that their was two James's, Felicia, Cheryl, and Duncan I wasn't given their last names. I was in pain my

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(over)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages of: $1,000,000.00/100
Punitive Damages of: $2,500,000.00/100

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1 day of 2, 2018

_Do M. Mitchell_
(Signature of plaintiff or plaintiffs)

Dannel M. Mitchell
(Print name)

R07374
(I.D. Number)

2500 Rt. 99 South
Mt. Sterling, IL 62353
(Address)

Northern Dist.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PROFILE INFORMATION FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: Dannel    Maurice    Mitchell
   (First)         (Middle)          (Last)

   List Alias Names, if any: _____

2. Any Current/Prior Prison ID Number(s): R07374

   Name of Prison(s): Western C.C.

3. Jail ID Number(s): _____

   Name of Jail(s): _____

4. Date of Birth: March 18th, 1976

5. Home Address (Do not use P.O. Box) (Not Institution address):

   Street Name and Number: _____

   City, State and Zip Code: _____

Reviewed 1/16/14

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Dannel M. Mitchell

ID Number: A07374

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   **Yes** or No

   If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   15

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   | Name of Document | Number of Pages |
   |---|---|
   | Complaint | 9 |
   | Poor Person | 6 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.